BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>APPROXIMATELY $51,860.87 IN U.S. CURRENCY,<br><br>APPROXIMATELY $50,000.00 SEIZED FROM FIDELITY NATIONAL TITLE ESCROW ACCOUNT NUMBER 149537,<br><br>APPROXIMATELY $4,173.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $500.00 IN U.S. CURRENCY,<br><br>              Defendants. | 2:13-MC-00052-LKK-DAD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimants John Lane and Kelsey Lane ("claimants"), by and through their respective attorneys, as follows:

1. On or about February 28, 2013, claimants filed claims in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the

1

Stipulation and Order to Extend Time

Approximately $51,860.87 in U.S. Currency, Approximately $50,000.00 seized from Fidelity National Title Escrow Account Number 149537, Approximately $4,173.00 in U.S. Currency, and Approximately $500.00 in U.S. Currency seized on or about December 13, 2012 (hereafter the "defendant funds").

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is currently May 29, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to August 27, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to

///
///
///
///
///

obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to August 27, 2013.

Dated: 5/24/13               BENJAMIN B. WAGNER
                             United States Attorney


                             By: /s/ Kevin C. Khasigian
                                 KEVIN C. KHASIGIAN
                                 Assistant U.S. Attorney


Dated: 5/24/13               /s/ Carolyn Hagin
                             CAROLYN HAGIN
                             Attorney for Potential Claimants
                             John Lane and Kelsey Lane

                             (Authorized by email)

**IT IS SO ORDERED**.

Dated:  May 29, 2013.




_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT